B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Calvary Baptist Temple**
                                                Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bio Corporation<br>3910 Minnesota Street<br>Alexandria, MN 56308 | Bio Corporation<br>3910 Minnesota Street<br>Alexandria, MN 56308 | Trade Debt | | 1,635.49 |
| Coastal Capital Advisors<br>800 Commerical Court<br>Suite 2<br>Savannah, GA 31406 | Coastal Capital Advisors<br>800 Commerical Court<br>Suite 2<br>Savannah, GA 31406 | Trade Debt | | 2,626.88 |
| Coastal Paper Sail<br>574 Indian Street<br>Savannah, GA 31402 | Coastal Paper Sail<br>574 Indian Street<br>Savannah, GA 31402 | Trade Debt | | 1,026.90 |
| Dan Deloach<br>12 Kolb Drive<br>Savannah, GA 31406-3225 | Dan Deloach<br>12 Kolb Drive<br>Savannah, GA 31406-3225 | Trade Debt | | 77,000.00 |
| Erickson Associates<br>Post Office Box 23529<br>Savannah, GA 31403 | Erickson Associates<br>Post Office Box 23529<br>Savannah, GA 31403 | Trade Debt | | 1,380.22 |
| Gary Allen<br>11 Dolan Avenue<br>Savannah, GA 31404-5201 | Gary Allen<br>11 Dolan Avenue<br>Savannah, GA 31404-5201 | Trade Debt | | 433.50 |
| GE Capital<br>Post Office Box 740423<br>Atlanta, GA 30374-0423 | GE Capital<br>Post Office Box 740423<br>Atlanta, GA 30374-0423 | Trade Debt | | 875.99 |
| Georgia Baptist Convention<br>Georgia Financial Service<br>Post Office Box 100068<br>Duluth, GA 30096-9368 | Georgia Baptist Convention<br>Georgia Financial Service<br>Post Office Box 100068<br>Duluth, GA 30096-9368 | Trade Debt | | 8,484.53 |
| Hunter Maclean<br>Post Office Box 99848<br>Savannah, GA 31412 | Hunter Maclean<br>Post Office Box 99848<br>Savannah, GA 31412 | Trade Debt | | 200,502.50 |
| Hutson Plumbing<br>329 Bonaventure Road<br>Savannah, GA 31404 | Hutson Plumbing<br>329 Bonaventure Road<br>Savannah, GA 31404 | Trade Debt | | 11,874.50 |
| Infinite Energy<br>Post Office Box 791263<br>Baltimore, MD 21279-1263 | Infinite Energy<br>Post Office Box 791263<br>Baltimore, MD 21279-1263 | Trade Debt | | 2,666.82 |

B4 (Official Form 4) (12/07) - Cont.

In re **Calvary Baptist Temple** _____   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Inglesby, Falligant, Horne, Courington & Chisholm, P.C. Post Office Box 1368 Savannah, GA 31402 | Inglesby, Falligant, Horne, Courington & Chisholm, P.C. Post Office Box 1368 Savannah, GA 31402 | Atty Fees | | 1,062.00 |
| James W. Buckley 114 North Green Street Swainsboro, GA 30401 | James W. Buckley 114 North Green Street Swainsboro, GA 30401 | Trade Debt | Disputed | 53,692.00 |
| Kern-Coleman & Co., LLC Post Office Box 15179 Savannah, GA 31416 | Kern-Coleman & Co., LLC Post Office Box 15179 Savannah, GA 31416 | Trade Debt | | 7,815.00 |
| Michael R. Funderburk, LLC Trustee for Series II 2007 Bonds Post Office Box 337 Buford, GA 30518 | Michael R. Funderburk, LLC Trustee for Series II 2007 Bonds Post Office Box 337 Buford, GA 30518 | 214 Acres 2020 Chatham Parkway Savannah, Georgia | | 3,019,500.00 (10,000,000.00 secured) (7,000,000.00 senior lien) |
| National Envelope Post Office Box 9171 Uniondale, NY 11555-9171 | National Envelope Post Office Box 9171 Uniondale, NY 11555-9171 | Trade Debt | | 1,875.60 |
| Stagefront Presentations 6 Southern Oak Drive Savannah, GA 31405 | Stagefront Presentations 6 Southern Oak Drive Savannah, GA 31405 | Trade Debt | | 1,368.08 |
| The Haskins Company Post Office Box 16407 Augusta, GA 30919-2427 | The Haskins Company Post Office Box 16407 Augusta, GA 30919-2427 | Trade Debt | | 1,993.94 |
| Total Networking Consulting Post Office Box 16899 Savannah, GA 31406-6899 | Total Networking Consulting Post Office Box 16899 Savannah, GA 31406-6899 | Trade Debt | | 455.58 |
| U.S. Food Service Post Office Box 602220 Charlotte, NC 28260-2220 | U.S. Food Service Post Office Box 602220 Charlotte, NC 28260-2220 | Trade Debt | | 1,078.34 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  4/6/2010 _____        Signature  _/s/ James G. Blake_____
                                                James G. Blake
                                                President

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.