IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: | § |
| | §  **Chapter 11** |
| **CALVARY BAPTIST TEMPLE** | §  **Case No. 10-40754-JSD** |
| | § |
| Debtor | § |

### DEBTOR'S AMENDED DISCLOSURE STATEMENT
### PROPOSED MAY 27, 2011

I. INTRODUCTION AND PLAN OF REORGANIZATION

Calvary Baptist Temple ("Debtor") has prepared this Disclosure Statement and the attached Chapter 11 Plan.  The purpose of this Disclosure Statement is to give you, as creditors, enough information about the Debtor to decide whether to vote for or against the Chapter 11 Plan which is being proposed in this case.  The Bankruptcy Code authorizes the Debtor to file Amended Plans as necessary up until the time of the confirmation of a plan; this may need to be done in cases where the Debtor proposes to return property to the creditor on or about the time of confirmation as opposed to retaining the property for an extended period of time.  If the Debtor elects to modify the plan in such a manner, it should only improve his financial condition since a return of property to the creditor will reduce debt and eliminate monthly debt servicing obligations.

Once the Bankruptcy Court has signed an Order approving this Disclosure Statement in its final form, creditors will be given an opportunity to vote on the Plan of Reorganization. Because your vote for or against the Plan of Reorganization is important to the Court's decision to "confirm" the Plan, we urge you to read this Disclosure Statement and to vote when you are given the opportunity to do so.

This Disclosure Statement contains current and historical financial information about

the Debtor. The Debtor has attached its cash flow statement from the period July, 2010 through April 30, 2011 which includes its revenue and expenses for the operation of its church, its day school and its daycare center. Debtor believes that this information consisting of actual income and expenses for ten (10) months is adequate. In further explanation:

Debtor owns and operates a Baptist church on Waters Avenue in Savannah, Chatham County, Georgia. It owns the buildings, the equipment and all hard assets at that location from which it conducts its church activities along with a full-time day school from kindergarten through the 12th grade. It also separately operates a child care center. The crisis experienced by the Debtor centered on its obligations arising out of the purchase of real estate on Veterans Parkway which it had proposed to develop. When foreclosure was eminent by the first mortgage holder and the church faced the potential of a shortfall, the Chapter 11 case was filed. During the pendency of the case, the church successfully negotiated the resolution of the Veterans Parkway issues by entering into a settlement agreement which relieved the church of the 7.5 million dollar claim of Columbus Nova secured by a first mortgage on the property and which would further relieved the church of an obligation to the Series II bondholders in the approximate amount of $3,000,000 by providing the Series II bondholders with the opportunity to acquire 16 acres of the 214.1 acres pledged to Columbus Nova. These developments assure the continued ownership by the church of its facilities secured only by debts owing to SunTrust Bank. The Debtor has successfully negotiated with SunTrust Bank to continue lending relationship for another three (3) years.

The information contained in this Disclosure Statement has not been subject to a certified audit. However, the Debtor has made every reasonable effort to provide accurate information in this Disclosure Statement and does believe that the plan as submitted is feasible. It should be noted that the plan does provide or will be amended to provide to pay 3% interest to general unsecured creditors post confirmation.

The Debtor has prepared a Plan of Reorganization and that plan will be distributed with the Disclosure Statement. Both the plan and the disclosure statement contain attachments. Those attachments are described as follows:

Exhibit "A" is a schedule of the assets and liabilities of the Debtor. From this attachment you will see calculations of the total debts and you will see the assets described. The significance of this document is to show that the Debtor's assets substantially exceed the Debtor's liabilities. There are approximately 214.2 acres of encumbered land owned by Debtor in Chatham County, Georgia together with its Church and School facilities on Waters Avenue. The unsecured creditors, Class 5 will be paid in full without interest on or before 12 months from the effective date.

Exhibit "B" consists of an enumeration of every creditor in the case and the amount owing.

EXHIBIT "C" consists of cash flow from business July 1, 2010 to April 30, 2011.

EXHIBIT "D" consists of cash required to fund current operations for a twelve month period ending June 30, 2012.

EXHIBIT "E" is a description of Debtor's business.

**Quarterly Fees**

By the twentieth day of each month, Debtor shall file with the U.S. Trustee a monthly income and expense report for the preceding month until the case is closed or until otherwise relieved of this responsibility by the Court. Debtor shall continue to make quarterly payments to the U.S. Trustee prior to confirmation and post-confirmation until the case had been either closed, converted or dismissed. The person responsible for making this payment shall be Fred Cooper.

**Legal Proceedings**

There are no pending legal actions in state courts against the Debtor. Debtor, however, does reserve the right to object to claims in the bankruptcy case for a period of 90 days following the effective date.

**Creditor Remedies**

In the event the plan is confirmed and the Debtor fails to make the required payments, creditors are entitled upon default to enforce the terms of the plan in State Court, and/or may seek to have the case converted to a Chapter 7 or dismissed.

## II. CONCLUSION

This Disclosure Statement is based primarily on financial information provided by the Debtor. It has not been audited. If you discover that the financial information is inaccurate in some respect, please contact Calvary Baptist Temple's attorney at the address shown below.

This 27th day of May, 2011.

Respectfully submitted,

MCCALLAR LAW FIRM

By: /s/ C. James McCallar, Jr.
C. James McCallar, Jr.
Georgia Bar Number 481400
Tiffany E. Caron
Georgia Bar Number 745089
Attorneys for Debtor

McCallar Law Firm
Post Office Box 9026
Savannah, GA 31412
Tel:     (912) 234-1215
Fax:     (912) 236-7549

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **In re:** | § |
| | §**Chapter 11** |
| **CALVARY BAPTIST TEMPLE** | §**Case No. 10-40754-JSD** |
| | § |
| **Debtor** | § |

**CERTIFICATE OF SERVICE**

I, C. James McCallar, Jr., do hereby certify that I have this date served the foregoing Debtor's Amended Disclosure Statement upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service:

Matthew Mills
Assistant U.S. Trustee
222 West Oglethorpe Ave. Suite 302
Savannah, GA 31401
matthew.e.mills@usdoj.gov

Wiley A. Wasden III
William E. Dillard
Brennan & Wasden LLP
P.O. Box 8047
Savannah, Georgia 31412
wwasden@brennanandwasden.com
bdillard@brennanandwasden.com

John A. Thomson, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
jthomson@wcsr.com

David W. Cranshaw, Esq.
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE, Ste 1600
Atlanta, Georgia 30326
dwc@mmmlaw.com

Mark Bulovic
Bulovic Law Firm, LLC
1020 Bryan Woods Loop, Ste 5
Savannah, GA   3141
bulovic@comcast.net

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh
claims@recoverycorp.com

Curtis L. Mack, Esq.
Thomas R. Walker, Esq.
McGuireWoods LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309

This 27th day of May, 2011.

                          Respectfully submitted,

                          MCCALLAR LAW FIRM

                          By:   /s/ C. James McCallar, Jr.
                          C. James McCallar, Jr.
                          Georgia Bar Number 481400
                          Tiffany E. Caron
                          Georgia Bar Number 745089
                          Attorneys for Debtor

McCallar Law Firm
Post Office Box 9026
Savannah, GA 31412
Tel:    (912) 234-1215
Fax:    (912) 236-7549