**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 12:20 pm, Jun 28, 2011

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CALVARY BAPTIST TEMPLE, INC. | ) | Case No.: 10-40754 |
| | ) | |
| Debtor. | ) | |
| ----------------------------------- | ) | |
| RELIANCE TRUST COMPANY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| CALVARY BAPTIST TEMPLE, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ON RELIANCE TRUST COMPANY'S SUPPLEMENTAL MOTION FOR RELIEF FROM STAY

The above referenced matter came on before the Court on June 16, 2010, on the

Supplemental Motion for Relief From Stay (the "Motion") filed by Reliance Trust Company

WCSR 4675566v1

("Reliance"), in its capacity as the Indenture Trustee for the Series 2007-I First Mortgage Bonds (the "Bonds") issued by Calvary Baptist Temple, Inc. (the "Debtor"), debtor and debtor in possession in the above-captioned action. At the hearing, counsel for Reliance presented argument in support of the Supplemental Motion. Counsel for the Debtor did not oppose the relief sought in the Supplemental Motion, and offered a proffer of information with regard to the issues presented in the Supplemental Motion.

Mr. James R. Tucker appeared, pro se, a ~~on behalf of the~~ holders of ~~the~~ Series 2007-II First Mortgage Bonds of the Debtor (the "Series II Bondholders"), who ~~which~~ hold a subordinate, second-priority security interest in the Debtor's 214 acre parcel of real property that serves as the subject matter of the Supplemental Motion. Mr. Tucker presented argument that the Series II Bondholders should be given additional time to organize efforts to develop the 16 acre subparcel of the Property (the "Development Parcel") that was to have been provided to a development entity that was to be organized for the benefit of the Series II Bondholders under the Settlement Agreement that this Court approved in its Order dated January 18, 2011 (the "Initial Order or Relief"). Mr. Tucker therefore requested that Reliance's Supplemental Motion either be denied or deferred for some period of time, during which the Series II Bondholders could renew their efforts to develop the Development Parcel.

After having heard from counsel for the parties present at the hearing, and reviewing all pleadings of record in this action, and further in accordance with the agreement that was announced in Court by Counsel for Reliance, after consultation with Mr. Tucker, pro se ~~on behalf of the Series II Bondholders~~, its is hereby:

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. Reliance's Supplemental Motion is herewith GRANTED.

WCSR 4675566v1

2.  The automatic stay arising out of the above captioned action is herewith LIFTED as to the entire Property, such that Reliance is herewith authorized to exercise its contractual and state law rights and remedies as to the entire Property, without further hearing or order from this Court.

3.  The Settlement Agreement remains in effect in all respects, subject to all existing defaults under that Settlement Agreement.

4.  This Court shall retain jurisdiction over the Settlement Agreement, and each of the parties thereto, in the event that it becomes necessary to further adjudicate or enforce any of the terms or conditions of the Settlement Agreement.

Entered at Brunswick, Georgia
This 28th day of June, 2011

_____
Judge John S. Dalis

PRESENTED BY AND CONSENTED TO:

WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC

_____/s/ John A. Thomson, Jr._____
John A. Thomson, Jr.
Georgia Bar Number 706760
(Admitted by Pro Hac Vice)

**Attorney for Creditor Reliance Trust Company**

271 17th Street, N.W.
Suite 2400
Atlanta, GA 30363-1017
(404) 888-7409 direct dial
(404) 870-4841 direct fax
jthomson@wcsr.com

WCSR 4675566v1

## DISTRIBUTION LIST

C. James McCallar, Jr., Esq.
McCallar Law Firm
P.O. Box 9026
Savannah, GA  31412


Matthew E. Mills, Esq.
Assistant United States Trustee
Office of the United States Trustee
222 West Oglethorpe Avenue
Suite 302
Savannah, GA  31401


John A. Thomson, Jr., Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, GA  30363-1017


James R. Tucker
c/o Fred Cooper
Calvary Baptist Temple
4625 Waters Avenue
Savannah, GA  31404

WCSR 4675566v1